**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CIERRA SHELLHORN, individually, and on behalf of other members of the general public similarly situated, and as an aggrieved employee pursuant to the Private Attorneys General Act ("PAGA"),<br><br><br>Plaintiff,<br><br>vs.<br><br>KADIANT LLC, a Delaware limited liability company; KADIANT BAY LLC, a Delaware limited liability company; KADIANT CENTRAL VALLEY LLC, a Delaware limited liability company; KADIANT SACRAMENTO LLC, a Delaware limited liability company; KADIANT SO CAL LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:26-cv-01697-TLN-SCR<br><br>**ORDER GRANTING STIPULATION FOR FILING FIRST AMENDED COMPLAINT**<br><br>District Judge:    Hon. Troy Nunley<br>                              Courtroom 2, Sacramento<br>Magistrate Judge:   Hon. Sean Riordan<br>                              Courtroom 27, Sacramento<br><br>Complaint filed: April 2, 2026<br>Removed to Federal Court: May 1, 2026 |

1

ORDER GRANTING JOINT MOTION FOR FILING FIRST AMENDED COMPLAINT

The Court, having reviewed, the Parties' Stipulation for Filing First Amended Complaint, and for good cause shown, orders as follows:

1. Plaintiff, for good cause, is permitted leave to file a First Amended Complaint.

2. Defendants will have 30 days after service of the First Amended Complaint to file a response.

**IT IS SO ORDERED.**

DATED: July 9, 2026

Troy L. Nunley
Chief United States District Judge

2

ORDER GRANTING JOINT MOTION FOR FILING FIRST AMENDED COMPLAINT